# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                           Crim. No. 2:041-CR-37-1BO

MICHAEL LAMAR BOWSER

On September 8, 2005, the above named was placed on a term of supervised release for a period of 96 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Bentley H. Massey  
Bentley H. Massey  
Sr. U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8815  
Executed On: October 6, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   7   day of   October  , 2015.

Terrence W. Boyle  
U.S. District Judge